## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Branden J. Findley, being duly sworn, declare and state the following:

### INTRODUCTION

1. Your Affiant is a sworn task force officer (hereinafter "TFO") of the United States Drug Enforcement Administration (hereinafter the "DEA") within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. Your Affiant has been a sworn TFO for the DEA since December 9, 2016. Your Affiant is a bonded law enforcement officer and has been employed by the Okaloosa County Sheriff's Office (hereinafter "OCSO") since January 2011. Your Affiant is currently ranked as an Investigator assigned to the OCSO Narcotics Unit. In addition, your Affiant was employed previously by the Fort Walton Beach Police Department for four years. Your Affiant has participated in numerous drug-related investigations that have resulted in the arrest, apprehension, and conviction of those involved in the distribution of controlled substances. Your Affiant is familiar with the common methods of packaging and transporting of illegal controlled substances to include, but not limited to, marijuana, cocaine, methamphetamine, heroin, fentanyl, pharmaceutical medications, and synthetic narcotics to include "Spice" and "Molly." Your Affiant is also familiar with current distribution methods, packaging, and transporting of money derived from illegal narcotic sales. Your Affiant has prepared, participated in, and executed multiple search warrants for recovery of evidence involving the distribution of controlled substances.

3. Your Affiant submits this affidavit based on information known to me personally from the investigation, as well as information obtained from others who were directly involved in

1

the matter or have personal knowledge of the facts herein. This affidavit does not include all the information known to your Affiant as part of this investigation, but only information sufficient to establish probable cause for the arrest of Rusty Zakee Moorer for violations of Title 21, United States Code, Sections 841(a), 841(b)(1)(B)(iii), 841(b)(1)(C), 841(b)(1)(D), and 846.

4. On or about September 28, 2018, after a long-term investigation involving sensitive electronic techniques, a federal search warrant was executed at 115 East North Avenue, Crestview, Okaloosa County, Florida. As a result of this investigation, your Affiant has identified the aforementioned address as the primary residential address of Rusty Zakee Moorer.

5. During the execution of the search warrant, investigators located approximately 400 grams of suspected cocaine, approximately 66.9 grams of suspected crack cocaine, approximately 20 pounds of marijuana, and the associated drug paraphernalia for the manufacturing of crack cocaine and the distribution of controlled substances.

6. Based upon the aforementioned facts and my training and experience, your Affiant submits that there is probable cause to support that Rusty Zakee Moorer, did conspire to possess with intent to distribute over 28 grams of a cocaine base, cocaine and marijuana, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(B)(iii), 841(b)(1)(C), 841(b)(1)(D), and 846, and did possess with intent to distribute over 28 grams of a cocaine base, cocaine and marijuana, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(B)(iii), 841(b)(1)(C), and 841(b)(1)(D), and is therefore subject to arrest.

7.	Your Affiant declares under penalty of perjury that the foregoing is true and correct.

_____
Branden J. Findley, Task Force Officer
United States Drug Enforcement Administration

Sworn to and subscribed before me this ____ day of October, 2018.

_____
CHARLES J. KAHN, JR.
United States Magistrate Judge

3